# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**FREDERICK W. HUDSON,**

      Plaintiff,

      V.                              CASE NUMBER: **05-C-1309**

**COCA-COLA CORPORATION,**

      Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's case is DISMISSED WITHOUT PREJUDICE for not diligently prosecuting the action (Civil Local Rule 41.3). This action is hereby DISMISSED.**

| | |
|---|---|
|     **February 20, 2007** |  **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |